UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZACHARY I. POND,

          Petitioner,

   v.

COWLITZ COUNTY SUPERIOR COURT,

          Respondent.

CASE NO. 3:22-cv-05172-RSM-BAT

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, any objections, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation (Dkt. #4).

(2)    Petitioner's Declaration and Application to Proceed in Forma Pauperis in a Federal Habeas Action (Dkt. #7) is DENIED as moot.

(3)    The matter is dismissed without prejudice. Issuance of a certificate of appealability is denied.

(4)    The Clerk is directed to send copies of this Order to the parties.

//

//

//

ORDER OF DISMISSAL - 1

DATED this 20th day of April, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2